UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 10-cr-00101-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CELSO LAZO-ZALDIVAR,

      Defendant.

---

**ORDER**

---

      This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

      ORDERED that all pretrial motions shall be filed by **Monday, April 12, 2010,** and responses to these motions shall be filed by **Wednesday, April 21, 2010.**  It is

      FURTHER ORDERED that a 2-day jury trial is set to commence **Monday, May 3, 2010, at 9:00 a.m. in courtroom A-1002.**  It is

      FURTHER ORDERED that the parties shall contact the Court if a hearing and/or final trial preparation conference needs to be set.

      Dated this 2nd day of March, 2010.

                    BY THE COURT:

                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    Chief United States District Judge