UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00101-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CELSO LAZO-ZALDIVAR,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was received in the above captioned matter on March 25, 2010. Accordingly, the two-day jury trial set to commence Monday, May 3, 2010, at 9:00 a.m. is **VACATED**. A Change of Plea Hearing is **SET** for **Tuesday, May 18, 2010, at 3:00 p.m.** in Courtroom A-1002.

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.** If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy.

    Dated: March 26, 2010