UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00101-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CELSO LAZO-ZALDIVAR,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict, the Sentencing Hearing set for Wednesday, July 21, 2010, at 11:00 a.m. is **VACATED** and **RESET** to **Wednesday, July 28, 2010, at 11:00 a.m.**

    Dated: July 20, 2010.